United States District Court
Southern District of Texas
**ENTERED**
June 25, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

MALIBU MEDIA, LLC,            )
                              )
    Plaintiff,              )   Civil Action Case No. 4:18-cv-00200
                              )
v.                            )
                              )
ARCHIT SHAH                   )
                              )
    Defendant.              )
_____)

## ORDER ON PLAINTIFF'S SECOND MOTION TO CONTINUE THE INITIAL PRETRIAL SCHEDULING CONFERENCE SET FOR JULY 6, 2018 AT 1:30 PM

THIS CAUSE came before the Court upon Plaintiff's Second Motion to Continue the Initial Pretrial Scheduling Conference set for July 6, 2018 at 1:30 PM (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**. The Initial Pretrial Scheduling Conference is reset to September 21, 2018 at 1:30 pm.

**DONE AND ORDERED** this 25th day of June, 2018.

_____
**UNITED STATES DISTRICT JUDGE**